UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

  v.

MICHAEL TAYLOR BRANHAM,

     Defendant,

_____/

Case No. 2:19-cr-190-KCD-NPM

## **ORDER**

Defendant Micharl Branham moves to terminate his probation. (Doc. 171.) The Government does not object to the request. (Doc. 174.)

This Court, after considering the factors set forth in 18 U.S.C. § 3553(a), may terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation in the case of a felony, if the Court is satisfied that such action is warranted by the conduct of the defendant and the interest of justice. With no objection, and given Defendant's probation is set to expire in a few months and he has otherwise been compliant, the Court sees no purpose in continuing with the remaining term of probation.

Accordingly, it is now **ORDERED**:

1. Defendant's Motion for Early Termination of Probation (Doc. 171) is **GRANTED**.

2. The remain term of Defendant's probation is now terminated.

**ENTERED** in Fort Myers, Florida on February 4, 2026.

Kyle C. Dudek
United States District Judge